IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **FAYE HEARRON LEWIS,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| v. | ) | Case No. 04-1131-CV-W-GAF |
| | ) | |
| **STATE OF MISSOURI, DEPARTMENT** | ) | |
| **OF CORRECTIONS, KANSAS CITY** | ) | |
| **COMMUNITY RELEASE CENTER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Presently before the Court is a Motion to Dismiss Plaintiff's Missouri Human Rights Act Claims filed by the Defendant, State of Missouri, Department of Corrections. (Doc. #5). The Plaintiff, Faye Hearron Lewis ("Lewis"), failed to timely respond to this Motion. On May 24, 2005, this Court issued an Order directing Lewis to show cause within fifteen (15) days as to why the Defendant's Motion to Dismiss should not be granted. (Doc. #7). On June 19, 2005, Lewis responded to the Court's Order to Show Cause by stating:

> After careful review and research regarding plaintiff's MHRA claims against defendant, plaintiff concedes that she can not bring those claims against defendant in Federal Court. Although plaintiff might pursue those claims against the offending supervisory employees in Federal Court under 42 U.S.C. 1983, plaintiff elects not to do so.

(Doc. #9). As Lewis agrees that her Missouri Human Rights Act claims may be dismissed, the Defendant's Motion to Dismiss is GRANTED.

**IT IS SO ORDERED.**

                                                        /s/ Gary A. Fenner
                                                       GARY A. FENNER, JUDGE
                                                        United States District Court

DATED: June 21, 2005